**PRINDLE, GOETZ, BARNES & REINHOLTZ LLP**
R. Derek Classen, Esq. (Bar No. 162805)
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone:  (562) 436-3946
Facsimile:  (562) 495-0564
dclassen@prindlelaw.com
TARG-0466
Attorneys for Defendant, TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ANDREW LINARES,<br><br>                    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; and DOES 1 TO 10, Inclusive,<br><br>                    Defendants. | CASE NO.:<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) [DIVERSITY]** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant TARGET CORPORATION (hereinafter "TARGET"), hereby removes to this Court the state court action described below.

1.    On or about July 27, 2018 an action was commenced in the Superior Court of the State of California in the County of Los Angeles, entitled ANDREW LINARES v. TARGET CORPORATION, et al., as Case Number 19STCV17025.  A copy of the Complaint is attached hereto as Exhibit "A."

/ / /

1

LAW OFFICES OF
PRINDLE, GOETZ, BARNES & REINHOLTZ LLP

2.      The first date upon which Defendant TARGET received a copy of said Complaint was May 24, 2019, when Defendant was served with a copy of the Complaint and a summons from the State Court.  A copy of the summons is attached hereto as Exhibit "B."

3.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §§ 1441(b) and 1446(b), in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, based upon Plaintiff's Statement of Damages, in which Plaintiff is seeking $25,000.00 in past medical expenses, $250,000.00 in future medical expenses, $250,000.00 in past loss of earnings, $500,000.00 in loss of future earning capacity and $1,000,000.00 in pain and suffering.  Attached please find Plaintiff's Statement of Damages as Exhibit "C."

5.      Plaintiff, ANDREW LINARES, was and is a citizen of the State of California, and Target was and is a citizen of the State of Minnesota, where it is incorporated and where its principal place of business and nerve center are located.

6.      TARGET is the only named Defendant in this action, and is the only Defendant that has been served with the summons and complaint in this action.


DATED:  June 19, 2019                    PRINDLE, GOETZ, BARNES &
                                         REINHOLTZ LLP


                                         By: _____
                                              R. DEREK CLASSEN
                                              Attorneys for Defendant,
                                              TARGET CORPORATION

LAW OFFICES OF
PRINDLE, GOETZ, BARNES & REINHOLTZ LLP

NOTICE OF REMOVAL OF ACTION UNDER
28 U.S.C. §1441(B) [DIVERSITY]

RDC/TARGET/LINARES/PLEADINGS/Removal_Federal

# EXHIBIT "A"

ectronically FILED by Superior Court of California, County of Los Angeles on 05/16/2019 11:40 AM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Clifton, Deputy Clerk
19STCV17025

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Jon Takasugi

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Michael D. Waks          SBN: 106452<br>LAW OFFICE OF MICHAEL D. WAKS<br>300 E. San Antonio Dr.<br>Long Beach, CA 90807<br>TELEPHONE NO: (562) 326-5002     FAX NO. *(Optional):* (562) 426-2593<br>E-MAIL ADDRESS *(Optional):* mdw@michaelwaks.com<br>ATTORNEY FOR *(Name):* Plaintiff, ANDREW LINARES | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 312 North Spring Street
MAILING ADDRESS: -Same-
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Spring Street Courthouse

PLAINTIFF: ANDREW LINARES

DEFENDANT: TARGET CORPORATION; and

[X] DOES 1 TO ___10.__ Inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED *(Number):*
Type *(check all that apply):*
[ ] MOTOR VEHICLE    [X] OTHER *(specify):*
  [ ] Property Damage    [ ] Wrongful Death
  [ ] Personal Injury    [X] Other Damages *(specify):* Premises Liability

Jurisdiction *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded  [ ] does not exceed $10,000
                   [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

CASE NUMBER:

19STCV17025

1. Plaintiff *(name or names):* Andrew Linares
   alleges causes of action against **defendant** *(name or names):* TARGET CORPORATION and DOES 1-10, Inclusive

2. This pleading, including attachments and exhibits, consists of the following number of pages: **4**

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death**

Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov<br>Westlaw Doc & Form Builder

PLD-PI-001

| SHORT TITLE: Linares v. Target Corporation | CASE NUMBER: 19STCV17025 |
|---|---|

4. ☐ Plaintiff *(name):*

    is doing business under the fictitious name *(specify):*

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

  a. ☒ **except defendant** *(name):* Target Corporation
    (1) ☐ a business organization, form unknown
    (2) ☒ a corporation
    (3) ☐ an unincorporated entity *(describe):*
    (4) ☐ a public entity *(describe):*
    (5) ☐ other *(specify):*

  c. ☐ **except defendant** *(name):*
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*
    (4) ☐ a public entity *(describe):*
    (5) ☐ other *(specify):*

  b. ☐ **except defendant** *(name):*
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*
    (4) ☐ a public entity *(describe):*
    (5) ☐ other *(specify):*

  d. ☐ **except defendant** *(name):*
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*
    (4) ☐ a public entity *(describe):*
    (5) ☐ other *(specify):*

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☒ Doe defendants *(specify Doe numbers):* 1-5 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
  b. ☒ Doe defendants *(specify Doe numbers):* 6-10 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
  a. ☐ has complied with applicable claims statutes, **or**
  b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE:  Linares v. Target Corporation | CASE NUMBER: *19STCV17025* |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☒ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage *(specify):* **According to proof at the time of trial.**

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: May 15, 2019

Michael D. Waks
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 3 of 3

PLD-PI-001(4)

| SHORT TITLE: Linares v. Target Corporation | CASE NUMBER: |
|---|---|
| | 19 STCV 17025 |

_____ **FIRST** _____  **CAUSE OF ACTION—Premises Liability**  Page  4
       (number)

ATTACHMENT TO  [ X ] Complaint  [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* ANDREW LINARES

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* April 15, 2019            plaintiff was injured on the following premises in the following

fashion *(description of premises and circumstances of injury):* On April 15, 2019 Defendant and each of

them, negligently owned, maintained, managed, controlled, and operated the Target Store, located

at 950 E. 33rd Street, Signal Hill, CA, by allowing a broken egg to remain on the floor for an

unreasonable period of time.  Defendant and each of them, failed to provide any warning signs or

to clean-up the broken egg prior to the Plaintiff slipping on it causing him to sustain serious injuries.

Defendant's failure to take steps to either make the condition safe or warn Plaintiff of the

dangerous condition was the proximate cause of Plaintiff's injuries.

Prem.L-2.  [ X ]  **Count One—Negligence** The defendants who negligently owned, maintained, managed and
operated the described premises were *(names):* TARGET CORPORATION; and

[ X ] Does _____ 1 _____ to _____ 10 _____

Prem.L-3.  [ ]  **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names):*

[ ] Does _____ to _____

Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4.  [ ]  **Count Three—Dangerous Condition of Public Property** The defendants who owned public property
on which a dangerous condition existed were *(names):*

[ ]Does _____ to _____

a. [ ]  The defendant public entity had [ ] actual [ ] constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ]  The condition was created by employees of the defendant public entity.

Prem.L-5. a. [ X ]  **Allegations about Other Defendants** The defendants who were the agents and employees of the
other defendants and acted within the scope of the agency were *(names):* TARGET
CORPORATION; and

[ X ] Does _____ 1 _____ to _____ 10 _____

b. [ ]  The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

**CAUSE OF ACTION—Premises Liability**

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

# EXHIBIT "B"

ectronically FILED by Superior Court of California, County of Los Angeles on 05/16/2019 11:40 AM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Clifton,Deputy Clerk
19STCV17025

**SUM-100**

## SUMMONS
### (CITACION JUDICIAL)

NOTICE TO DEFENDANT:
*(AVISO AL DEMANDADO):*

*05/24/2019*
*12:05*

TARGET CORPORATION; and DOES 1-10, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ANDREW LINARES

| FOR COURT USE ONLY |
|---|
| *(SOLO PARA USO DE LA CORTE)* |

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* |
|---|---|
| Superior Court of California, County of Los Angeles 312 North Spring Street Los Angeles, California 90012 | 19STCV17025 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Michael D. Waks
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

LAW OFFICE OF MICHAEL D. WAKS
300 E. San Antonio Dr., Long Beach, CA 90807         Tel.: (562) 326-5002

| DATE: *(Fecha)* 05/16/2019 | Sherri R. Carter Executive Officer / Clerk of Court | | |
|---|---|---|---|
| | Clerk, by *(Secretario)* | Romunda Clifton | , Deputy *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)          ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)          ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 www.courtinfo.ca.gov Westlaw Doc & Form Builder® |
|---|---|---|

# EXHIBIT "C"

**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

**- DO NOT FILE WITH THE COURT-**

CIV-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | FOR COURT USE ONLY |
|---|---|
| Michael D. Waks<br>LAW OFFICE OF MICHAEL D. WAKS<br>300 E. San Antonio Dr., Long Beach, CA 90807<br>fax number: (562) 426-2593   email: mdw@michaelwaks.com<br>TELEPHONE NO.: **(562) 326-5002**<br>SBN: **106452**<br>ATTORNEY FOR *(name):* Plaintiff, ANDREW LINARES | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 312 North Spring Street
MAILING ADDRESS: -Same-
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Spring Street Courthouse

PLAINTIFF: ANDREW LINARES
DEFENDANT: TARGET CORPORATION and DOES 1-10, Inclusive

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

CASE NUMBER:
*19STCV17025*

To *(name of one defendant only):* Target Corporation
Plaintiff *(name of one plaintiff only):* Andrew Linares
seeks damages in the above-entitled action, as follows:

**1. General damages**                                                                   AMOUNT

| | | | AMOUNT |
|---|---|---|---|
| a. | [X] | Pain, suffering, and inconvenience | $ 1,000,000.00 |
| b. | [ ] | Emotional distress. | $ |
| c. | [ ] | Loss of consortium | $ |
| d. | [ ] | Loss of society and companionship *(wrongful death actions only)* | $ |
| e. | [ ] | Other *(specify)* | $ |
| f. | [ ] | Other *(specify)* | $ |
| g. | [ ] | Continued on Attachment 1.g. | |

**2. Special damages**

| | | | |
|---|---|---|---|
| a. | [X] | Medical expenses *(to date)* | $ 25,000.00 |
| b. | [X] | Future medical expenses *(present value)* | $ 250,000.00 |
| c. | [X] | Loss of earnings *(to date)* | $ 250,000.00 |
| d. | [X] | Loss of future earning capacity *(present value)* | $ 500,000.00 |
| e. | [ ] | Property damage | $ |
| f. | [ ] | Funeral expenses *(wrongful death actions only)* | $ |
| g. | [ ] | Future contributions *(present value) (wrongful death actions only)* | $ |
| h. | [ ] | Value of personal service, advice, or training *(wrongful death actions only)* | $ |
| i. | [ ] | Other *(specify)* | $ |
| j. | [ ] | Other *(specify)* | $ |
| k. | [ ] | Continued on Attachment 2.k. | |

**3.** [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*.. $
      when pursuing a judgment in the suit filed against you.

Date: May 15, 2019

Michael D. Waks
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 (Rev. January 1, 2007)

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

CIV-050

| | |
|---|---|
| PLAINTIFF: ANDREW LINARES<br>DEFENDANT: TARGET CORPORATION | CASE NUMBER: |

### PROOF OF SERVICE

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. [X] Statement of Damages [ ] Other *(specify):*

   b. on *(name):* Target Corporation
   c. by serving [ ] defendant [ ] other *(name and title or relationship to person served):*

   d. [ ] by delivery [ ] at home [ ] at business
      (1) date:
      (2) time:
      (3) address:

   e. [ ] by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. [ ] **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. [ ] **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. [ ] **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. [ ] **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. [ ] **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. [ ] Other *(specify code section):*
      [ ] additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. [ ] California sheriff, marshal, or constable
   b. [ ] Registered California process server
   c. [ ] Employee or independent contractor of a registered California process server
   d. [ ] Not a registered California process server
   e. [ ] Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

TARG-0466

# PROOF OF SERVICE
### _Andrew Linares v. Target Corporation_
_Case No._

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and am not a party to this action.  My business address is 310 Golden Shore, Fourth Floor, Long Beach, California 90802.
    On June 20, 2019, I served the foregoing document described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) [DIVERSITY]** on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:
    SEE ATTACHED SERVICE LIST

☒ **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.  I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Long Beach, California.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet.  Said transmission was reported complete and without error.

☐ **(By Personal Service)** I caused to be delivered by hand by _____ to the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By Overnight Courier)** I served the above referenced document(s) enclosed in a sealed  package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☒ (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ (Federal)  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
    Executed on June 20, 2019, at Long Beach, California.

LETI GUTIERREZ

TARG-0466

1

2   TARG-0466                    *Andrew Linares v. Target Corporation*
                                           *Case No.*
3

4

5                               **SERVICE LIST**

6

7   **Attorneys for Plaintiff**

8   Michael D. Waks, Esq.
    LAW OFFICE OF MICHAEL D. WAKS
9   300 E. San Antonio Drive
10  Long Beach, California 90807

11  Telephone:    562-326-5002
12  Facsimile:    562-426-2593
    E-Mail:       mdw@michaelwaks.com
13

14

15

16

17

18

19

20

21

22

23  TARG-0466

24

25

26

27

28