Michael D. Waks (SBN 106452)
LAW OFFICE OF MICHAEL D. WAKS
300 East San Antonio Drive
Long Beach, California 90807
Telephone: (562) 326-5002
Facsimile: (562) 426-2593
Email: mdw@michaelwaks.com
Attorney for Plaintiff, ANDREW LINARES

R. Derek Classen (SBN 162805)
PRINDLE, GOETZ, BARNES & REINHOLTZ
310 Golden Shore, 4th Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
Email: dclassen@prindlelaw.com
Attorneys for Defendant, TARGET CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LINARES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:19-cv-05385RGK(JPRx)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br>Settlement Conference: June 8, 2021<br>Mag. Judge Jean P. Rosenbluth, Ctrm 690<br><br>Trial Date: June 18, 2021<br>Judge R. Gary Klausner, Ctrm 850 |

/ / /
/ / /
/ / /

-1-

**IT IS HEREBY ORDERED THAT:**

1. This case is dismissed in its entirety; and
2. The Court shall retain jurisdiction for the purpose of enforcing the terms of the Parties' settlement agreement.

DATED: June 3, 2021

*Gary Klausner*

HON. R. GARY KLAUSNER
District Court Judge